| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Esther J Mazara** | Social Security number or ITIN  xxx–xx–8451 |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) |  | Social Security number or ITIN  _ _ _ _ |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of New Jersey** | | |
| Case number: **12–30268–RG** | | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Esther J Mazara
aka Esther Paez

9/8/16                                                                    **By the court:**    Rosemary Gambardella
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 12-30268-RG
Esther J Mazara                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                Page 1 of 2                Date Rcvd: Sep 08, 2016
                               Form ID: 3180W            Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2016.
db          +Esther J Mazara,    810 10th Street, Apt. 2,    Union City, NJ 07087-5503
cr          +Bank of America, N.A. s/b/m/ t BAC Home Loans Serv,     Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
513285505   +Afm Financial Services,    124 S Federal Hwy,    Pompano Beach, FL 33062-5351
513285509   +Alliance Financial Management, LLC.,    1150 Raritan Road, Suite 103,    Cranford, NJ 07016-3369
513285511   +Aurora Bank Fsb,    601 5th Avenue,   Scottsbluff, NE 69361-3581
513285513   +B&B Collections,    P.O. Box 2137,   Toms River, NJ 08754-2137
513575716    Bank of America, N.A.,    Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
513285523   +Chase,    Po Box 24696,   Columbus, OH 43224-0696
513350582    FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,   Greensboro, NC 27410
513285526   +First National Bank Of Az,    1665 W Alameda Dr,    Tempe, AZ 85282-3200
513285527   +Hackensack Radiology Grp,    Po Box 416367,    Boston, MA 02241-6367
513307655    JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
              Rochester, MI  48308-0730
513285531   +MCS Claim Services, Inc.,    123 Frost Street, Suite 150,    Westbury, NY 11590-5027
513285532   +Meadowlands Emergency Medical,    P.O. Box 839,    Livingston, NJ 07039-0839
513285533   +Meadowlands Hospital,    1 Harmon Meadow Blvd., Suite 301,    Secaucus, NJ 07094-3600
513848420  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:   Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX  75261-9741)
513285535   +Nars,   Po Box 701,   Chesterfield, MO 63006-0701
513285536   +ORS,   P.O. Box 291269,    Nashville, TN 37229-1269
513285537   +Physician Billing Office,    1 Bala Plaza, Suite 545,    Bala Cynwyd, PA 19004-1403
513285538   +Solomon And Solomon P.C.,    5 Columbia Circle,    Albany, NY 12203-6374
513285539   +St Josephs Wayne Hospital,    P.O. Box 150,    Wayne, NJ 07474-0150
513285540   +Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
513285544   +Verizon New Jersey Inc,    Po Box 3397,   Bloomington, IL 61702-3397

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2016 23:08:52      U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2016 23:08:50      United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
513285508   +EDI: AFNIRECOVERY.COM Sep 08 2016 22:48:00      Afni, Inc.,    ATTENTION: BANKRUPTCY,
              Po Box 3097,   Bloomington, IL 61702-3097
513285507   +EDI: AFNIRECOVERY.COM Sep 08 2016 22:48:00      Afni, Inc.,    Po Box 3427,
              Bloomington, IL 61702-3427
513423355    EDI: AIS.COM Sep 08 2016 22:48:00      American InfoSource LP as agent for,    Verizon,
              PO Box 248838,   Oklahoma City, OK  73124-8838
513324684    EDI: AIS.COM Sep 08 2016 22:48:00      American InfoSource LP as agent for,
              Midland Funding LLC,    PO Box 268941,   Oklahoma City, OK  73126-8941
513285514    EDI: BANKAMER.COM Sep 08 2016 22:53:00      Bank Of America,    4060 Ogletown/Stanton Rd,
              Newark, DE  19713
513285515   +EDI: BANKAMER2.COM Sep 08 2016 22:53:00      Bank Of America,    1 Constitution Plz,
              Hartford, CT 06115-1600
513285517   +EDI: BANKAMER.COM Sep 08 2016 22:53:00      Bank Of America, N.a.,    450 American St,
              Simi Valley, CA 93065-6285
513285519    EDI: CAPITALONE.COM Sep 08 2016 22:53:00      Capital One,    Po Box 85520,    Richmond, VA  23285
513285541    EDI: CITICORP.COM Sep 08 2016 22:53:00      Thd/cbna,    CITICORP CREDIT SERVICES/ATTN: CENTRALIZ,
              Po Box 20363,    Kansas City, MO  64195
513285518   +EDI: CAPITALONE.COM Sep 08 2016 22:53:00      Cap One,    CAPITAL ONE BANK (USA) N.A.,
              Po Box 30285,    Salt Lake City, UT 84130-0285
513285520    EDI: CBCSI.COM Sep 08 2016 22:48:00      Cbcs,    Po Box 163250,    Columbus, OH 43216-3250
513285522   +EDI: CHASE.COM Sep 08 2016 22:53:00      Chase,    2500 Westfield Dr,    Elgin, IL 60124-7700
513285524   +EDI: CHASE.COM Sep 08 2016 22:53:00      Chase,    ATTN: BANKRUPTCY,    Po Box 15145,
              Wilmington, DE 19850-5145
513285521   +EDI: CHASE.COM Sep 08 2016 22:53:00      Chase,    201 N. Walnut St//de1-1027,
              Wilmington, DE 19801-2920
513285525   +E-mail/Text: lweidhaas@dyckoneal.com Sep 08 2016 23:08:53      Dyck Oneal Inc,    PO Box 13370,
              Arlington, TX 76094-0370
514685803   +E-mail/Text: vlazo@dyckoneal.com Sep 08 2016 23:09:26      Dyck-O'Neal, Inc.,    PO Box 601549,
              Dallas TX 75360-1549
513285528   +EDI: HFC.COM Sep 08 2016 22:53:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
513285529   +EDI: HFC.COM Sep 08 2016 22:53:00      Hsbc Bank,    ATTN: BANKRUPTCY,    Po Box 5213,
              Carol Stream, IL 60197-5213
513285530   +EDI: CHASE.COM Sep 08 2016 22:53:00      JP Mortgage Chase,    PO Box 15153,
              Willmington, DE 19886-5153
513844998    EDI: RESURGENT.COM Sep 08 2016 22:53:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
513285534   +EDI: MID8.COM Sep 08 2016 22:48:00      Midland Funding,    8875 Aero Dr Ste 200,
              San Diego, CA 92123-2255
513285542   +EDI: CITICORP.COM Sep 08 2016 22:53:00      The Home Depot,    Po Box 6497,
              Sioux Falls, SD 57117-6497

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Sep 08, 2016
                              Form ID: 3180W           Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
513285543      +EDI: VERIZONEAST.COM Sep 08 2016 22:53:00      Verizon New Jersey Inc,    500 Technology Dr,
                Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513285506*     +Afm Financial Services,    124 S Federal Hwy,   Pompano Beach, FL 33062-5351
513285516*      Bank Of America,    4060 Ogletown/stanton Rd,   Newark, DE   19713
513285510    ##+Amerifinancial Solution,    430 Main St Ste 1,    Reisterstown, MD 21136-1953
513285512    ##+Aurora Bank Fsb,    ATTN: BANKRUPTCY DEPT.,    2617 College Park,   Scottsbluff, NE 69361-2294
                                                                                   TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2016 at the address(es) listed below:
```
              James Patrick Shay    on behalf of Creditor    Nationstar Mortgage LLC james.shay@phelanhallinan.com
              Jennifer R. Gorchow    on behalf of Creditor    Bank of America, N.A. s/b/m/ t BAC Home Loans
               Servicing, L.P. fka Countrywide Home Loans Servicing, LP nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Steven A. Serna    on behalf of Debtor Esther J Mazara bk@sernaesq.com
                                                                                             TOTAL: 5
```